UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIEARA FARR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACIMA CREDIT, LLC, a Utah limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 4:20-cv-08619-YGR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF SIEARA FARR'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DENYING CLASS CERTIFICATION<br><br>N.D. Cal. Civil Local Rule 7-9<br><br>Date:    N/A<br>Time:   N/A<br>Ctrm.:   1 (4th Floor)<br>Judge:  Hon. Yvonne Gonzalez Rogers |

Presently before the Court is the Motion for Leave to File a Motion for Reconsideration of Order Denying Class Certification (Dkt. No. 48) ("Motion"), filed by plaintiff Sieara Farr ("Plaintiff").

Pursuant to Northern District Local Rule 7-9, the Court finds that the interests of justice weigh in favor of granting Plaintiff leave to file a motion for reconsideration of the Order Granting Motion For Order Denying Class Certification (Dkt. No. 44).  Plaintiff shall file the motion for reconsideration on or before **August 10, 2021** on 35 days' notice.

IT IS SO ORDERED.

Dated: July 27, 2021

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

952158.1

---

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

1

Case No. 4:20-cv-08619-YGR