UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIEARA FARR,<br><br>      Plaintiff,<br><br>v.<br><br>ACIMA CREDIT, LLC,<br><br>      Defendant. | Case No. 20-cv-08619-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| TRIAL-SETTING CONFERENCE: | Monday, November 7, 2022 at 2:00 p.m. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 1/17/2022; after only for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | July 29, 2022 |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: May 20, 2022<br>Rebuttal: June 17, 2022 |
| EXPERT DISCOVERY CUTOFF: | August 26, 2022 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | noticed on 35 day notice; [filed September 12, 2022] |
| COMPLIANCE HEARING RE BENCH OR JURY TRIAL: | Friday, January 21, 2022 at 9:01 a.m. |

The compliance hearing on Friday, January 21, 2022, at 9:01 a.m. is intended to advise the Court whether the parties seek a bench trial or a jury trial. Five (5) business days prior to the date of the compliance hearing, the parties shall file a JOINT STATEMENT stating their positions on the same. If compliance is complete, the parties need not appear and the compliance hearing will

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

be taken off calendar.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders. Pursuant to the

**IT IS SO ORDERED.**

Dated: 12/13/2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge