JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel: 858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIEARA FARR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACIMA CREDIT, LLC, a Utah limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 4:20-cv-08619-YGR<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Ctrm: 1 (4th Floor) |

1 | Plaintiff provides this Notice of Settlement to the Court to advise that the action has been
2 | resolved, and the parties will be filing a Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of
3 | the Federal Rules of Civil Procedure in the near future.
4 | In light of the settlement, the parties request that the Settlement Conference scheduled for
5 | March 30, 2022 before Magistrate Judge Kandis A. Westmore be taken off calendar.

7 | Dated: March 23, 2022         DOSTART HANNINK & COVENEY LLP

                                  /s/ Zach P. Dostart
                                  ZACH P. DOSTART
                                  Attorneys for Plaintiff

973240.1