IT IS SO ORDERED

*Judge Yvonne Gonzalez Rogers*

4/19/2022

JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel: 858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

TOMIO B. NARITA (156676)
tnarita@snllp.com
JEFFREY A. TOPOR (195545)
jtopor@snllp.com
LEANNE C. YU (290698)
lyu@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
Tel: 415-283-1000
Fax: 415-352-2625

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIEARA FARR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACIMA CREDIT, LLC, a Utah limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 4:20-cv-08619-YGR<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Ctrm: 1 (4th Floor) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Sieara Farr, on the one hand, and defendant Acima Credit, LLC, on the other hand, hereby stipulate that this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated: March 31, 2022　　　　DOSTART HANNINK & COVENEY LLP

/s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiff

Dated: March 31, 2022　　　　SIMMONDS & NARITA LLP

/s/ Jeffrey A. Topor
Jeffrey A. Topor
Attorneys for Defendant

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Jeffrey A. Topor, counsel for defendant Acima Credit, LLC.

Dated: March 31, 2022                    DOSTART HANNINK & COVENEY LLP

/s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiff

972803.1